# RUSSO & TONER, LLP

**ATTORNEYS AT LAW**

33 Whitehall Street, New York, New York 10004
Phone (212) 482-0001; Fax (212) 482-0002
www.russotoner.com

Partner
Kevin G. Horbatiuk, Esq.
khorbatiuk@russotoner.com
(212) 482-0001 x134

February 09, 2016

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **_Radivoy v. Life Insurance Company of North America_**
Civil Action No.: 16-CV-181
R&T File No.: 820345

Honorable Judge:

I represent the Defendant Life Insurance Company of North America ("LINA") in connection with the above referenced matter. At this time, I respectfully request an extension of time to answer the plaintiff's Complaint. I have spoken with the plaintiff's attorney (Jeffrey DeLott, Esq.) and he has consented to my request to extend my time to answer the plaintiff's Complaint until February 17, 2016.

I have not requested this relief previously. The answer was originally due February 3, 2016. Unfortunately there was a delay in forwarding the Complaint to my office and I have not yet received the voluminous claim file which I require in order to draft the Answer.

Respectfully Yours,
**RUSSO & TONER, LLP**

_____/s/_____
Kevin G. Horbatiuk, Esq.

cc:     Jeffrey DeLott, Esq.

| HARTFORD OFFICE | PENNSYLVANIA OFFICE | NEW JERSEY OFFICE | STAMFORD OFFICE | BUFFALO OFFICE |
|---|---|---|---|---|
| 100 PEARL STREET, 14TH FLOOR | ONE NESHAMINY INTERPLEX | 10 FRANKLIN AVENUE | ONE STAMFORD PLZ | 12 FOUNTAIN PLAZA, STE 600 |
| HARTFORD, CT 06103 | TREVOSE, PA 19053 | EDISON, NJ 08837 | 263 TRESSER BLVD | BUFFALO, NY 14202 |
| (860) 986-7845 | (215) 874-6816 | (732) 738-5600 | STAMFORD, CT 06901 | (716) 800-6389 |
| | | | (203) 883-0800 | |